NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN YERESSIAN,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2013-3080

---

Petition for review of the Merit Systems Protection Board in No. SF0752090049-C-2.

---

**ON MOTION**

---

**O R D E R**

John Yeressian moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

JOHN YERESSIAN v. ARMY                                           2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s24